UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAUREN CALDWELL, | : | CIVIL ACTION NO. 3:16-CV-00258 |
| | : | (JAM) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| WESLEYAN UNIVERSITY, | : | |
| | : | |
| Defendant. | : | SEPTEMBER 14, 2016 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to a dismissal with prejudice of the above matter. The parties stipulate to dismiss, with prejudice, all claims that were or could have been raised by the parties.

This Stipulation of Dismissal with Prejudice is respectfully filed by Defendant on behalf of the parties.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| LAUREN CALDWELL | WESLEYAN UNIVERSITY |

By: __/s/ Heena Kapadia__
    Heena Kapadia (ct11869)
    hkapadia@heenakapadialaw.com
    Law Office of Heena Kapadia
    2750 Whitney Avenue
    Hamden, CT 06518
    Telephone: (860) 913-1199
    Facsimile: (203) 281-7887
    *Her Attorney*

By: __/s/ Patricia E. Reilly__
    Patricia E. Reilly (CT08352)
    preilly@littler.com
    Matthew K. Curtin (CT27765)
    mcurtin@littler.com
    LITTLER MENDELSON, P.C.
    One Century Tower
    265 Church Street, Suite 300
    New Haven, CT 06510
    Telephone: 203.974.8700
    Facsimile: 203.974.8799
    *Its Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of his filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system

/s/ Patricia E. Reilly
Patricia E. Reilly (CT08352)